

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| JOEL GARCIA, | § | No. 08-19-00274-CR |
| Appellant, | § | Appeal from the |
| v. | § | 210th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20150D00100) |
| | § | |

**O R D E R**

The Court GRANTS Erika C. Wright's fifth request for an extension of time within which to file the Reporter's Record until **April 9, 2020.**

It is further ORDERED that Erika C. Wright, Official Court Reporter for the 210th District Court for El Paso County, Texas, prepare the Reporter's Record and forward the same to this Court on or before April 9, 2020.

IT IS SO ORDERED this 1st day of April, 2020.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.